UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RUSSELL SCOTT CREIGHBAUM AND KRISTY MICHELE CREIGHBAUM | CIVIL ACTION NO.: 5:16-CV-1083 |
| VERSUS | JUDGE S. MAURICE HICKS |
| STEPHEN PHILLIP MARVEL, SDR TRUCKING, LLC, AND CHEROKEE INSURANCE COMPANY | MAGISTRATE JUDGE HORNSBY |

## ORDER

The foregoing "JOINT MOTION OF DISMISSAL WITH PREJUDICE" considered:

IT IS ORDERED that all claims which have been or which could have been asserted in this matter by Plaintiffs, RUSSELL SCOTT CREIGHBAUM and KRISTY MICHELE CREIGHBAUM, in both their individual or representative capacities, against Defendants, STEPHEN PHILLIP MARVEL, SDR TRUCKING, LLC and CHEROKEE INSURANCE COMPANY, or any of them, arising from or in any manner relating to the automobile accident which occurred on or about July 15, 2015 in Caddo Parish, Louisiana, be and are hereby dismissed, with prejudice, with the parties to bear their own respective costs;

THUS DONE AND SIGNED in Chambers at Shreveport, Louisiana, this __2nd__ day of __December__, 2016.

_____
U. S. MAGISTRATE JUDGE